

# MEMORANDUM

| | |
|---|---|
| To: | The Honorable William G. Young<br>Chief U.S. District Judge |
| From: | Malissa Y. Aponte<br>U.S. Probation officer |
| Re: | **LAMARCHE, Kenneth**<br>**Transfer of Jurisdiction to D/MA** |
| Date: | June 14, 2005 |

05-CR-10177

On April 6, 1998, the above-named appeared in U.S. District Court, District of New Hampshire charged with False Statements to a Federally Insured Institution; Interstate Transportation of Stolen Vehicle, Interstate Transportation of Stolen Property. He was sentenced as follows: 33 Months Imprisonment; 3 years supervised release.

The District of New Hampshire has requested that this office accept transfer of jurisdiction since the defendant currently resides in the Massachusetts area. Mr. Lamarche plans to live in this district permanently.

In view of the foregoing, I recommend that we accept a transfer of jurisdiction of this case. Please execute both of the attached PF#22 forms if you concur.

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* Cr. 97-101-01-M and Cr. 97-147-01-M |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 05-CR-10177 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Kenneth Lamarche 57 Varnum Street Haverhill, MA 01832 | DISTRICT DISTRICT OF NEW HAMPSHIRE | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Steven McAuliffe | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 1/29/04 — TO 1/28/07 |

**OFFENSE**

Cr. 97-110-01-M

Ct. I: False Statement to a Federally Insured Institution, in violation of 18 U.S.C. § 1014
Ct. III: Interstate Transportation of a Stolen Vehicle, in violation of 18 U.S.C. § 2312
Ct. IV: Interstate Transportation of Stolen Property, in violation of 18 U.S.C. § 2314

Cr. 97-147-01-M

Ct. I: Unauthorized Use of an Access Device, in violation of 18 U.S.C. 1029(e)(1)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

June 10, 2005
Date

/s/ United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 11, 2005
Effective Date

William G. Young
United States District Judge