AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

| UNITED STATES OF AMERICA<br>V.<br>KENNETH LAMARCHE<br>57 VARNUM STREET<br>HAVERHILL, MA 01832 | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    05-10177-DPW |
|---|---|

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>JOHN J. MOAKLEY UNITED STATES DISTRICT COURT<br>ONE COURTHOUSE WAY<br>BOSTON, MA | Room<br>COURTROOM 1, 3RD FLOOR |
|---|---|
| Before:    HONORABLE DOUGLAS P. WOODLOCK, D.J. | Date and Time<br>AUGUST 26, 2005 AT 3:30 PM |

To answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Violation Notice    X Probation Violation Petition

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:
VIOLATION OF MANDATORY CONDITION: Defendant is to pay restitution in the amount of $12,442.68.

_____
Signature of Issuing Officer

8/1/05
Date

Michelle Rynne, Deputy Clerk
Name and Title of Issuing Officer