AO 442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____

FILED
CLERKS OFFICE
2007 JAN -5  P 2: 43
U.S. DISTRICT COURT
DISTRICT OF MASS.

| UNITED STATES OF AMERICA | | |
|---|---|---|
| V. | | **WARRANT FOR ARREST** |
| KENNETH LAMARCHE | Case | 05-10177-DPW |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____KENNETH LAMARCHE_____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court  ☐ Violation   X Probation Violation Petition

charging him or her   (brief description of offense)

Violation of Standard Condition No: Defendant shall not commit another federal, state, or local crime.

in violation of _____18_____ United States Code, Section(s) _____3606_____

| Honorable Douglas P. Woodlock, | United States District Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Douglas P. Woodlock | 12/19/05 at Boston, Massachusetts |
| Signature of Issuing Officer | Date and Location |

USMS
ARRAIGNMENT 1/3/07

Bail fixed at $ _____
                                              Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |