# ATTORNEY ASSIGNMENT REQUEST
## TO MAGISTRATE JUDGE COHEN'S CLERK

Defendant: __KENNETH LAMARCHE__

Case & Defendant No.
__CR 05-10177-DPW__

Date of Appointment: ____4/5/07____       Appointed by: _____

Attorney Withdrawn _____   Date of Withdrawal _____

Reason for Withdrawal _____

Number of Counts _____

Charge(s) and Cite(s): __SUPERVISED RELEASE VIOLATION__

Indictment _____     Information _____     Probation Revocation __X__

Number of Defendants __1__

Judge Code __WOODLOCK/0124__

Special Instructions: **CASE REFERRED TO MAGISTRATE JUDGE FOR APPOINTMENT OF COUNSEL (LENORE GLASER) IN CONNECTION WITH A SUPERVISED RELEASE VIOLATION.**

BY THE COURT,

**April 11, 2007**          /s/ Michelle Rynne
                            **Deputy Clerk**