Prob12C
(7/93)

# United States District Court
## for the District of Massachusetts
### Supplemental Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kenneth Lamarche  Case Number: 05 CR 10177

Name of Judicial Officer: Honorable Douglas P. Woodlock
United States District Judge

Date of Original Sentence: 4/6/98
Date of Revocation Sentence: 4/27/07

Original Offense: False Statements to a Federally Insured Institution; Interstate Transportation of a Stolen Vehicle; Interstate Transportation of Stolen Property; and Unauthorized Use of an Access Device.

Original Sentence: 33 months custody of the Bureau of Prisons followed by 3 years of supervised release.
Revocation Sentence: 6 months custody of the Bureau of Prisons followed by 4 years supervised release

Type of Supervision: Supervised Release   Date Supervision Commenced: 1/29/04
Date Supervision Recommenced: 7/3/07

Asst. U.S. Attorney: George W. Vien   Defense Attorney: Lenore Glaser, appointed

## PETITIONING THE COURT

[X] To issue a summons

On 10/18/07, the U.S. Probation Officer submitted a memorandum to the Court with an attached letter written by Kenneth Lamarche. In the letter, Lamarche requested to appear before the Court to be heard on issue of his special condition that he reside at Coolidge House for a six (6) month period following his release from federal custody. Given the developments described below, the U.S. Probation Office is now seeking revocation proceedings.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| I | **Violation of Special Condition:** The defendant shall reside for a period of six (6) months in a community corrections center and shall observe the rules of that facility. |
| | On 7/3/07, Kenneth Lamarche was released from the custody of the U.S. Marshal's Service, at which time he reported to Coolidge House. Lamarche was scheduled to complete his term at Coolidge House on 1/3/08. However, on 10/26/07, Coolidge House staff contacted the U.S. Probation Officer and advised that when Lamarche left for work that day, he removed all of his personal belongings from his room and left a note indicating that we would not be returning to Coolidge House. On 10/27/07, Lamarche left a message for the U.S. Probation Officer and confirmed that he left the program due to family problems and that would not be returning. |

Kenneth Lamarche  
Prob 12C

- 2 -

Petition for Warrant or Summons  
for Offender Under Supervision

U.S. Probation Officer Recommendation:

The term of supervision should be:

[X]    Revoked

Reviewed/Approved by:

_____  by  
Brian McDonald (by PCP)  
Brian McDonald  
Supervising U.S. Probation Officer

Respectfully submitted.

_____  
Paul C. Prevey  
Senior U.S. Probation Officer  
Date: 10/29/07

**THE COURT ORDERS**
- [ ] No Action
- [ ] The Issuance of a Warrant
- [X] The Issuance of a Summons
- [ ] Other

_____  
Signature of Judicial Officer

October 31, 2007  
Date