AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

UNITED STATES OF AMERICA
V.

KENNETH LAMARCHE
58 Bellevue Street, Apt. 2
Lowell, MA 01851

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number:   05-10177-DPW

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>USDC, One Courthouse Way, Boston, MA | Room<br>Courtroom 25 |
|---|---|
| Before:   USMJ Bowler | Date and Time<br>11/21/2007 2:30 pm |

To answer a(n)
[ ] Indictment   [ ] Information   [ ] Complaint   [ ] Probation Violation Petition   [✓] Supervised Release Violation Petition   [ ] Violation Notice

Charging you with a violation of Title   18   United States Code, Section(s)   1029

Brief description of offense:

Intent to Defraud

_(signature)_     11/7/2007

Signature of Issuing Officer     Date

Marc K. Duffy, Esq., Deputy Clerk

Name and Title of Issuing Officer

AO83 (Rev 10/03) Summons in a Criminal Case

| **RETURN OF SERVICE** |
|---|
| Service was made by me on:[1]     Date |

| Check one box below to indicate appropriate method of service |
|---|

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _____          _____
                Date                                Name of United States Marshal

                                                    _____
                                                    (by) Deputy United States Marshal

Remarks:

---
[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.