UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL No. : 05 -10177

UNITED STATES OF AMERICA

v.

KENNETH LAMARCHE

**DEFENDANT'S FIRST MOTION FOR MODIFICATION OF THE CONDITIONS OF SUPERVISED RELEASE [Assented] .**

    The defendant, KENNETH LAMARCHE, moves this Honorable Court, with the agreement of Paul C. Prevey, U.S. Probation Officer, and the assent of the government to modify his special conditions of supervised release to permit him to leave his home at 5:30 A.M. instead of 6:00 A.M. The defendant's work often requires him to travel a significant distance from home , and he frequently leaves for work at 5:30 A.M.

| | |
|---|---|
| Respectfully Submitted,<br>KENNETH LAMARCHE | Assented to :<br>United States of America |
| By His Attorney, | By |
|    /s/ Lenore Glaser<br>Lenore Glaser, Esq. B.B.O. # 194220<br>One Commercial Wharf N., 2d Fl.<br>Boston, MA. 02110<br>617 753-9988 | /s/ George Vien<br>  George Vien, AUSA |

**Certificate of Service**

    I. Lenore Glaser, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on :November 30, 2007.

**/s/ Lenore Glaser**

Case 1:05-cr-10177-DPW    Document 18    Filed 11/30/2007    Page 2 of 2