Prob12B
(7/93)

# United States District Court
## for the District of Massachusetts
### Request for Modifying the Conditions or Term of Supervision

**Name of Offender:** Kenneth Lamarche    **Case Number:** 05 CR 10177

**Name of Sentencing Judicial Officer:** Honorable Douglas P. Woodlock, U.S. District Judge

**Date of Original Sentence:** 4/6/98 (sentenced in the District of New Hampshire)

**Original Offense:** False Statements to a Federally Insured Institution; Interstate Transportation of a Stolen Vehicle; Interstate Transportation of Stolen Property; and Unauthorized Use of an Access Device

**Original Sentence:** 33 months' custody of the Bureau of Prisons followed by 36 months' supervised release

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:**

## PETITIONING THE COURT

[X] To modify the conditions of supervision as follows:

**The defendant shall reside for a period of 52 consecutive weekends in a community corrections center and shall observe the rules of that facility. The defendant shall remain at his home residence Monday through Thursday from 7:00PM until 5:30AM.**

## CAUSE

The defendant appeared before the Court for a final revocation hearing on 11/29/07. The Court found the defendant in violation of his conditions of supervised release and ordered his conditions modified as reflected above.

Reviewed/Approved by:                                 Respectfully submitted,

/s/ John G. Marshall                                  /s/ Paul C. Prevey

                                            By
John G. Marshall                                      Paul C. Prevey
Supervising U.S. Probation Officer                    U.S. Probation Officer
                                                      Date: 12/10/2007

### THE COURT ORDERS
[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

December 11, 2007
Date