United States District Court
for the District of Massachusetts
Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kenneth Lamarche                     Case Number: 05 CR 10177

Name of Judicial Officer: Honorable Douglas P. Woodlock
                          United States District Judge

Date of Original Sentence: 4/6/98
Date of 1st Revocation Sentence: 4/27/07
Date of 2nd Revocation Sentence: 11/29/07

Original Offense: False Statements to a Federally Insured Institution; Interstate Transportation of a Stolen Vehicle; Interstate Transportation of Stolen Property; and Unauthorized Use of an Access Device.

Original Sentence: 33 months custody of the Bureau of Prisons followed by 3 years of supervised release.
1st Revocation Sentence: 6 months custody of the Bureau of Prisons followed by 4 years supervised release.
2nd Revocation Sentence: Remain on same term of supervised release with conditions modified.

Type of Supervision: Supervised Release          Date Supervision Commenced: 1/29/04
                                                 Date Supervision Recommenced: 7/3/07

Asst. U.S. Attorney: George W. Vien               Defense Attorney: Lenore Glaser, appointed

## PETITIONING THE COURT

[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision.

| Violation Number | Nature of Noncompliance |
|---|---|
| I | **Violation of Special Condition:** The defendant shall reside for a period of 52 consecutive weekends in a community corrections center and shall observe the rules of that facility. The defendant shall remain at his home residence Monday through Thursday from 7:00PM to 5:30AM. |

On 1/18/08, Kenneth Lamarche reported to Coolidge House to commence service of his 52 consecutive weekends. Lamarche reported on Fridays at 6:00PM and left Mondays at 6:00AM. In connection with the program requirements, Lamarche was advised that he would be required to pay a pro-rated subsistence fee based upon his 10% of his gross income for the three days he was in residency. Despite the pro-rated amount, Lamarche refused to pay any monies toward subsistence. Coolidge House advised Lamarche in writing in numerous occasions that failure to pay subsistence fees are in direct violation of program rules. He was also advised by this officer that if he failed to pay, Lamarche was subject to termination from the program. Consequently, on 5/30/08, Kenneth Lamarche was terminated from Coolidge House for failing to pay his subsistence fees.

II  **Violation of Special Condition:** The defendant is to participate in a mental health treatment program focused on addressing financial responsibility, as directed by the U.S. Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment.

Kenneth Lamarche
Prob 12C

- 2 -

Petition for Warrant or Summons
for Offender Under Supervision

On 8/23/07, Kenneth Lamarche was referred for mental health outpatient treatment at North Suffolk Mental Health Associates in East Boston, MA. Lamarche participated in weekly treatment sessions until he missed an appointment on 2/22/08. After missing his appointment, Lamarche failed to follow up with the treatment provider to reschedule additional sessions. His failure to attend treatment was not brought to the U.S. Probation Office's attention until 5/1/08 by the treatment agency. They reported that Lamarche failed to resume treatment since his last session on 2/22/08 and that they were in the process of closing his treatment case given his lack of attendance. At no time prior to this discovery did Lamarche discuss with the U.S. Probation Officer the fact that he was not attending treatment.

III   **Violation of Special Condition:** The defendant shall pay restitution in the amount of $12,442.68

Kenneth Lamarche has failed to make any effort to submit payments toward his restitution balance. Review of his supervision file indicates that Lamarche last submitted a payment on 11/17/03. Currently, Lamarche owes $11,802.68.

**U.S. Probation Officer Recommendation:**

The term of supervision should be:

[X]   Revoked

Reviewed/Approved by:

John G. Marshall
Supervising U.S. Probation Officer

Respectfully submitted,

by   Paul C. Prevey
U.S. Probation Officer
Date: 6/5/2008

**THE COURT ORDERS**
[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

June 6, 2008
Date