%AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

UNITED STATES OF AMERICA
V.

KENNETH LAMARCHE

**SUMMONS IN A CRIMINAL CASE**

Case Number: 05-10177-DPW

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| USDC, Boston, MA | Courtroom 25 |
| Before: USMJ Marianne B. Bowler | Date and Time: 6/25/2008 2:00 pm |

To answer a(n)
- [ ] Indictment
- [ ] Information
- [ ] Complaint
- [ ] Probation Violation Petition
- [✓] Supervised Release Violation Petition
- [ ] Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

Violation of conditions of supervised release.

_____
Signature of Issuing Officer

Marc K. Duffy, Deputy Clerk
Name and Title of Issuing Officer

6/10/2008
Date