UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL No. : 05 -10177

UNITED STATES OF AMERICA

v.

KENNETH LAMARCHE

**DEFENDANT'S MOTION TO CONTINUE THE HEARING DATE [Assented] .**

The defendant, KENNETH LAMARCHE, moves this Honorable Court, pursuant to F. R. Crim. P. 45 , with the agreement of Paul C. Prevey, U.S. Probation Officer, and the assent of the government to continue the revocation hearing from its scheduled date of July 1st, 2008 to any date convenient for the Court between July 14th to 17th , 2008 .

Mr. LaMarche was originally scheduled to appear before the magistrate on June 25, 2008. However, the summons was delivered to an incorrect address and, as a result, he did not know about the hearing, and did not appear. That hearing has been rescheduled for June 30th, 2008, one day before the hearing is scheduled . The defense attorney requests a new date, so she has the opportunity to review the charges thoroughly with the defendant,. The United States Probation Officer, Paul Prevey is on vacation on July 1st , 2008. Although he agreed to leave his vacation and report to Court if needed, he too would prefer a different date . George Vien, the assistant federal prosecutor has assented to the continuance.

WHEREFORE : The defendant asks this Court to continue the hearing date.

| | |
|---|---|
| Respectfully Submitted,<br>KENNETH LAMARCHE | Assented to :<br>United States of America |
| By His Attorney, | By |
| ___/s/ Lenore Glaser_____ | /s/ George Vien |

Lenore Glaser, Esq. B.B.O. # 194220                               George Vien, AUSA
One Commercial Wharf N., 2d Fl.
Boston, MA. 02110
617 753-9988

**Certificate of Service**
**I. Lenore Glaser, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on :June 27, 2008.**

**/s/ Lenore Glaser**